that out-of-court and in-court identifications of him were unreliable due to impermissibly suggestive police procedures. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).

**ORDER**

PER CURIAM.

Movant, Heather Huffman, appeals from the judgment denying her Rule 24.035 motion without an evidentiary hearing. She argues the motion court clearly erred in denying her claim that defense counsel coerced her into pleading guilty by advising her that the State would not enter into a plea agreement and that she had no defense to present at trial.

Having reviewed the briefs of the parties and the record on appeal, we find no clear error. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

■

**Heather HUFFMAN, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 81809.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 19, 2003.

Gwenda R. Robinson, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa J. Berry, Asst. Atty. Gene., Jefferson City, MO, for Respondent.

Before GLENN A. NORTON, P.J. and KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

■

**George W. MOSHER, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 81794.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 19, 2003.

Ellen H. Flottmann, Lawrence Pratt, Columbia, MO, for appellant.

John Munson Morris III, Richard A. Starnes, Jefferson City, MO, for respondent.